USAMA KAHF (SBN 266443)
E-Mail: ukahf@fisherphillips.com
DAVID M. SHANNON (SBN 342187)
E-Mail: dshannon@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DANIELLE KAYS (*PRO HAC VICE*)
E-Mail: dkays@fisherphillips.com
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 260-4751

CATHERINE M. CONTINO (*PRO HAC VICE*)
E-Mail: ccontino@fisherphillips.com
**FISHER & PHILLIPS LLP**
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: (610) 230-2150
Facsimile: (610) 230-2151

Attorneys for Defendant
POLITICO LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SABER KHAMOOSHI, RYAN WU, and BRIAN CAROLUS, individually and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

POLITICO LLC, and DOES 1 through 100, inclusive,

Defendants.

Case No: 3:24-cv-07836-SK

*(Removed from San Francisco Superior Court, Case No. CGC-24-618459)*

**POLITICO, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Date: February 10, 2025
Time: 9:30 a.m.

Action Filed: September 26, 2024
Trial Date: None set

Pursuant to the United States District Court Northern District of California Civil Local Rules ("L.R."), Rule 3-12, POLITICO LLC ("POLITICO") hereby notifies the Court of a related action pending in this District and moves for an Order (1) finding that this action is related to the second-filed *DEDDEH V. POLITICO, LLC*, Case No. 3:24-cv-08745 pending before the United States District Court Northern District of California and (2) reassigning the *Deddeh* action to Honorable Magistrate Judge Sallie Kim for disposition.

Pursuant to L.R. 3-12(b), POLITICO is serving POLITICO, LLC's Administrative Motion To Consider Whether Cases Should be Related on the parties in each related action.

## I. PROCEDURAL HISTORY OF RELATED CASES

On September 26, 2024, Plaintiffs SABER KHAMOOSHI, RYAN WU, AND BRIAN CAROLUS, individually and on behalf of a class of similarly situated individuals ("Khamooshi Plaintiffs") filed a Class Action Complaint for Damages with the Superior Court of the State of California, County of San Francisco Case No. CGC-24-618459, alleging three causes of action: (1) Violation of the California Computer Data Access and Fraud Act (California Penal Code section 502) ("CDAFA"); (2) Unlawful Use of a Pen Register or Trap and Trace Device (California Penal Code section 638.51) ("CIPA"); and (3) Invasion of Privacy (Violation of Article 1, section 1 of the California Constitution) (the "*Khamooshi* Action"). *See* Case No. CGC-24-61849 at Dkt. No. 1.

On November 8, 2024, POLITICO filed its Notice of Removal. *See* Dkt. No. 1. Subsequently, POLITICO filed its Motion to Dismiss the *Khamooshi* Action. *See* Dkt. No. 16-18. Plaintiff's response to the Motion to Dismiss is due January 24, 2025, and Plaintiff's reply is due February 10, 2025. The Motion to Dismiss is set for hearing on February 24, 2025.

On December 4, 2024, Plaintiff JOHN DEDDEH, individually and on behalf of a class of similarly situated individuals ("Deddeh Plaintiff"), filed *DEDDEH v. POLITICO, LLC*, Case No. 3:24-cv-08745 pending before this Court, alleging five causes of action: (1) Violation of the California Computer Data Access and Fraud Act (California Penal Code section 502) ("CDAFA"); (2) Unlawful Use of a Pen Register or Trap and Trace Device (California Penal Code section 638.51) ("CIPA"); (3) Invasion of Privacy (Violation of Article 1, section 1 of the California Constitution); (4) Unjust Enrichment; and (5) Violations of California's Unfair Competition Law ("UCL") (the "*Deddeh*

Action"). *See* Declaration of David Shannon ("Shannon Decl."), ¶ 2, Ex. A, filed concurrently herein and incorporated herein. The *Deddeh* Action was initially assigned to the Honorable Magistrate Judge Laura Beeler, but on December 20, 2024, the Deddeh Plaintiff filed his Declination to Proceed Before Magistrate Judge. The *Deddeh* Action is now before the Honorable Judge Haywood S. Gilliam, Jr. On January 2, 2025, the Deddeh Plaintiff completed service of process of the *Deddeh* Action on POLITICO. POLITICO's current responsive pleading deadline is January 23, 2025.

## II. THE ALLEGATIONS IN BOTH CASES ARE NEARLY IDENTICAL

Plaintiffs in both the *Khamooshi* Action and *Deddeh* Action allege that: (1) POLITICO used third-party website tracking technologies TripleLift Tracker, Casalemedia Tracker, and Adnx Tracker (collectively, the "Trackers") on the POLITICO website to collect users' information including device/browser information and IP addresses, (2) POLITICO failed to obtain consent from POLITICO website visitors before collecting this information, (3) this unconsented collection of data and transmission to the tracking technologies violated users' right to privacy under the CDAFA, CIPA, and the California Constitution. *Compare* Dkt. 1 at ¶¶ 1, 45 *with* Shannon Decl., Ex. A at ¶¶ 1, 36. The Khamooshi Plaintiffs and the Deddeh Plaintiff both seek to represent the exact same putative class of California residents who accessed and viewed POLITICO's website and had their information collected by and disclosed to the third-party trackers embedded in the POLITICO website. *Compare* Dkt. 1 at ¶¶ 23-24 *with* Shannon Decl. ¶ 2, Ex. A, ¶ 13-14. The first, second, and third claims are the same in both the *Deddeh* Action and the *Khamooshi* Action. And while the fourth and fifth claims in the *Deddeh* Action for unjust enrichment and unfair competition are not alleged in the *Khamooshi* Action, the underlying factual allegations are essentially the same in both actions.

## III. THE *DEDDEH* ACTION IS RELATED TO THIS ACTION AND SHOULD BE REASSIGNED TO THIS COURT FOR DISPOSITION

A case is "related" to another if both "concern substantially the same parties, transaction or event" and "it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a); *In re Facebook Privacy Litig.*, No. C 10-02389-JW, 2010 WL 5387616, at *1 (N.D. Cal. Dec. 21, 2010). These factors are met here. The cases involve substantially the same parties, as both cases are brought

against POLITICO on behalf of a class of California residents that used the POLITICO website. *Compare* Dkt. 1 at ¶¶ 23-24 *with* Shannon Decl. ¶ 2, Ex. A at ¶ 13-14. The cases involve similar transactions and events regarding POLITICO's alleged installation of the Trackers on the POLITICO website, and the putative class's use of the POLITICO website while those trackers were installed. *Compare* Dkt. 1 at ¶ 23 *with* Shannon Decl., ¶ 2, Ex. A at ¶ 13. Further, both cases assert causes of action under (1) the CDAFA, CIPA, and the California Constitution arising out of the same factual allegations. *Compare* Dkt. 1 at ¶¶ 84-126, *with* Shannon Decl., ¶ 2, Ex. A at ¶¶ 75-117. Requiring POLITICO to defend against the same claims before different judges would risk inconsistent rulings in the two cases, including on any dispositive motions, including but not limited to, motions to dismiss, motions for class certification, and/or motions for summary judgment. Additionally, relating the two cases would not cause any inconvenience, delay, or expense to the Khamooshi Plaintiffs or the Deddeh Plaintiff. In order to avoid a waste of judicial resources in having two judges in this District simultaneously hear the same allegations brought on behalf of the same putative classes in two separate cases, this Court should find that the *Khamooshi* Action and the *Deddeh* Action be related. *See In re Facebook,* 2010 WL 5387616 at *1 (relating cases that had "virtually identical factual and legal issues" and were likely to have duplicative discovery issues); *Ervin v. Jud. Council of California,* No. C 06-7479 CW, 2007 WL 1489165, at *2 (N.D. Cal. May 18, 2007) (relating cases that were based on the same factual allegations and only differed in parties and causes of action).

## IV. CONCLUSION

Based upon the above, POLITICO requests that this Court enter an order finding that the *Deddeh* Action is related to the *Khamooshi* Action, and that both cases should proceed in this Court in the interest of justice.

Dated: January 21, 2025

Respectfully submitted,

FISHER & PHILLIPS LLP

By: */s/ Usama Kahf*
USAMA KAHF
DANIELLE KAYS (*pro hac vice*)
DAVID SHANNON
CATHERINE M. CONTINO (*pro hac vice*)
Attorneys for Defendant
POLITICO LLC