USAMA KAHF (SBN 266443)
E-Mail: ukahf@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DANIELLE KAYS (*PRO HAC VICE*)
E-Mail: dkays@fisherphillips.com
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 260-4751

CATHERINE M. CONTINO (*PRO HAC VICE*)
E-Mail: ccontino@fisherphillips.com
**FISHER & PHILLIPS LLP**
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: (610) 230-2150
Facsimile: (610) 230-2151

Attorneys for Defendant
POLITICO LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SABER KHAMOOSHI, RYAN WU, and BRIAN CAROLUS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>POLITICO LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: 3:24-cv-07836-SK<br><br>*(Removed from San Francisco Superior Court, Case No. CGC-24-618459)*<br><br>**DEFENDANT POLITICO LLC'S STATEMENT OF RECENT DECISIONS**<br><br>Date: October 20, 2025<br>Time: 9:30 A.M. |

Pursuant to Local Rule 7.3(d)(2), and in support of POLITICO LLC's Motion to Dismiss (ECF No. 63), POLITICO LLC respectfully submits for the Court's review a recent decision from the Northern District of California, and one recent decision from the Central District of California, that are relevant to the Motion to Dismiss and were published after the submission of the Reply: *Crano v. Sojern, Inc.*, No. 3:25-CV-02600-JSC, 2025 WL 2689267 (N.D. Cal. Sept. 19, 2025) and *Hernandez-Silva v. Instructure, Inc.*, No. 2:25-CV-02711-SB-MAA, 2025 WL 2233210 (C.D. Cal. Aug. 4, 2025) (appeal pending). Copies of these decisions are attached hereto as Exhibits A and B.

Respectfully Submitted,

Dated: October 2, 2025

FISHER & PHILLIPS LLP

By: /s/ Danielle Kays

USAMA KAHF
DANIELLE KAYS (*PRO HAC VICE*)
CATHERINE M. CONTINO (*PRO HAC VICE*)
XUAN ZHOU
Attorneys for Defendant POLITICO LLC