ENDORSED
FILED
Superior Court of California
County of San Francisco

OCT 08 2025

CLERK OF THE COURT
BY: AUSTIN LAM
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Mark B. Busby
Clerk of Court

General Court Number
415-522-2000

October 3, 2025

FILED

OCT 14 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE: 3:24-cv-07836 SK – Khamooshi et al v. Politico LLC
Your Case Number: CGC-24-618459

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, please find enclosed a certified copy of docket entries and the remand order.

Please send an acknowledgement of receipt of these documents to felicia_brown@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk

Felicia Brown

by: Felicia Brown
Case Systems Administrator

OCT 08 2025
AUSTIN LAM